# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **5:02-CR-23(1)** |
| | § | |
| **BENNIE BROWN** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that the defendant's plea of true to the first two allegations as set forth in the Government's petition is **ACCEPTED**. It is further

**ORDERED** that the defendant's supervised release is **REVOKED**. Based upon the defendant's plea of true to the first two allegations and with no objection by the defendant or the Government, the Court finds the defendant did violate his conditions of supervised release as alleged in the U.S. Probation Office's violation petition. It is further

**ORDERED** that the defendant, Bennie Brown, is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve months with no term of supervised release to follow said term of imprisonment. It is further

**ORDERED** that the defendant shall pay the remaining restitution obligation of $2,020.87. The restitution is due immediately, payable by cashier's check or money order, to the United States District Court and forwarded to the United States District Clerk's Office, P.O. Box 570, Tyler, Texas 75710.  It is further

**ORDERED** that all criminal monetary penalties are imposed in this revocation as previously ordered in the final judgment.  All payments collected will be credited towards outstanding balances.

**SIGNED this 9th day of January, 2008.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE